AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-mj-00172 |
| Joshua Matthew Little | ) | Assigned To: Judge Harvey, G. Michael |
| Date of Birth: ███ | ) | Assign. Date: 8/25/2025 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22 & 23, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 U.S.C. § 111(b) | Assaulting, Resisting, or Impeding Certain Officers or Employees - Enhanced Penalty |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

*Nicholas Lawlor*

Complainant's signature

SA Nicholas Lawlor, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/25/2025__

Judge's signature

City and state: __Washington, DC__        G. Michael Harvey, Magistrate Judge
Printed name and title